No. 77–1369. SANTO *v.* FEICK SECURITY SYSTEMS ET AL. Sup. Ct. Fla. Certiorari denied.

No. 77–1377. HULL *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 77–1384. FLOTA MERCANTE GRANCOLOMBIANA, S. A. *v.* HUDSON WATERWAYS CORP. C. A. 2d Cir. Certiorari denied.

No. 77–1412. BARBER ET AL. *v.* SKYLINE AVIATION, INC. C. A. 8th Cir. Certiorari denied.

No. 77–1414. BECKWITH *v.* BECKWITH. Ct. App. D. C. Certiorari denied.

No. 77–1416. TEMPORALE *v.* CONNECTICUT. App. Sess., Super. Ct. Conn. Certiorari denied.

No. 77–1433. CECIL *v.* UNITED STATES; and
No. 77–1441. MANZER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–1440. SUGAR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–1471. EDWARDS ET AL., MEMBERS OF CONGRESS *v.* CARTER, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–1477. FINLEY ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–1480. IANNELLI ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.